.THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* E. REMINGTON & SONS, Appellants and Respondents.

In·the Matter of the Claim of the LEE ARMS COMPANY.

(Argued April 13, 1891; decided April 28, 1891.)

CROSS-APPEALS from order of the General Term of the ·Supreme Court in the fourth judicial department, made Feb-. ruary 25, 1891, which modified, and affirmed as modified, an order of Special Term directing the payment of certain royalties.

*William B. Hornblower* for the Lee Arms Co., appellant :and respondent.

*Thomas Richardson* for receiver, etc., respondent and appellant.

*Charles F. Tabor, Attorney-General,* for respondents.

Agree to affirm on opinion below.
All concur, except O'BRIEN, J., not sitting.
Order affirmed.